### Robert Bethmann v. Frank B. Bowman, Master in Chancery, et al.

1. FREEHOLD—*Proceedings to Compel a Master to Execute a Deed.*—A freehold is involved in a proceeding by mandamus to compel a master in chancery to execute and deliver a deed to real estate.

Mandamus.—Appeal from the Circuit Court of St. Clair County; the Hon. MARTIN W. SCHAEFFER, Judge, presiding. Appeal dismissed. Opinion filed March 10, 1899.

M. MILLARD, attorney for appellant.

SILAS COOK, attorney for appellees.

PER CURIAM.

This was a proceeding in the Circuit Court of St. Clair County for a writ of mandamus to compel appellee, as master in chancery, to execute and deliver to appellant a deed to certain real estate.

We are of opinion that under the facts in issue in this case, a freehold is involved, and therefore this court has no jurisdiction.

Appeal dismissed.    Leave to parties to withdraw record, abstracts and briefs.